STATE v. WILLIAM ROBERT WHITE, JR.

(Filed 14 January, 1966.)

APPEAL by defendant from *Houk, J.,* July 1965 Session of CHATHAM.

Defendant was convicted of resisting arrest and of assault on an officer and judgment was pronounced in the Chatham County Recorder's Court. He appealed to the Superior Court of Chatham County and was there tried *de novo* upon an amended warrant which, in part, charged that defendant "did unlawfully and wilfully resist, delay and obstruct a public officer, to wit: Reece Coble, a Policeman for the Town of Pittsboro, while he, the said Reece

Coble was attempting to discharge and discharging a duty of his office, to wit: by striking the said Reece Coble with his fist."

Evidence was offered by the State and by defendant.

The jury returned a verdict of "Guilty of Assault." The court pronounced judgment "that the defendant be confined in the common jail of Chatham County for a period of ten (10) days."

*Attorney General Bruton and Assistant Attorney General Bullock for the State.*

*James C. Harper for defendant appellant.*

PER CURIAM. The court was of the opinion, and rightly so, that the amended warrant was insufficient to charge a violation of G.S. 14-223. See *S. v. Smith*, 262 N.C. 472, 474, 137 S.E. 2d 819, and cases cited. Hence, the trial was conducted solely with reference to whether defendant was guilty of a simple assault on Reece Coble, a police officer.

Defendant's motion for judgment as in case of nonsuit was properly overruled. The matters referred to in defendant's exceptions to the charge are not considered of such prejudicial nature as to justify a new trial. Hence, the verdict and judgment will not be disturbed.

No error.